IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALVIN WILLIAMSON, JR.,** | Case No. 2:22-CV-02169-EFB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **D. STEWART, et al.,** | |
| Defendants. | |

Good cause appearing, the Court GRANTS Defendants' Motion to Modify the Discovery and Scheduling Order, issued on May 23, 2023. ECF No. 19. The discovery cut-off is extended to December 21, ~~2024~~ 3. The dispositive motion deadline is extended to March 21, 2024. All other provisions of the Court's Discovery and Scheduling Order (ECF No. 19) remain in effect.

Dated: August 14, 2023.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

[~~Proposed~~] Order (2:22-CV-02169-EFB)