UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN WILLIAMSON, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>D. STEWART, et al.,<br><br>    Defendants. | No.  2:22-cv-02169 -EFB (PC)<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983. On February 27, 2023, the court screened plaintiff's complaint and found that he had stated potentially cognizable Eighth Amendment claims against all defendants, but had failed to state a cognizable claim based on the issuance of a false disciplinary report. ECF No. 8. Plaintiff has now filed a motion to amend the complaint in an attempt to cure that deficiency. ECF No. 22. Defendants do not oppose plaintiff's motion to amend but ask for 45 days to respond to the amended complaint. ECF No. 23.

I.  **The Motion to Amend**

Plaintiff's motion is timely under the current scheduling order and is not opposed by defendants. The court will grant the motion and accept the amended complaint, appended to plaintiff's motion, as the operative complaint.

1

## II. Screening Order

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

Plaintiff's amended complaint (ECF No. 22 at 7-42) states potentially cognizable Eighth Amendment claims against all defendants. It also states potentially cognizable First Amendment retaliation claims against defendants Stewart, Yang, Avila, Saeturn, and Myers.

## III. Conclusion

For the foregoing reasons, it is HEREBY ORDERED that:

1. Plaintiff's August 18, 2023 motion to amend the complaint (ECF No. 22) is granted, and the amended complaint (ECF No. 22 at 7-42) is accepted as the operative complaint.
2. Plaintiff's amended complaint states, for screening purposes, potentially cognizable claims as identified in this order against Stewart, Yang, Saeturn, Myers, Avila, and Rawls.
3. Within 45 days of the date of this order, defendants shall file a responsive pleading or motion to the amended complaint.

Dated: October 30, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE