UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN WILLIAMSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>D. STEWART, et al.,<br><br>Defendants. | No. 2:22-cv-02169-WBS-EFB (PC)<br><br><br><br>ORDER |

Plaintiff proceeds without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On August 29, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2024, are adopted in full;

2. Defendants' motion for terminating sanctions (ECF No. 37) is GRANTED;

3. This action is dismissed with prejudice; and

4. The Clerk of Court is directed to terminate all other pending motions and close the case.

Dated:  September 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE